**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STEPHANIE HOKAMA,**

    **Plaintiff,**

**v.**                                                                    **Case No.  3:25-cv-2612-TKW-ZCB**

**TONYA DAVIS, et al.,**

    **Defendants.**

                              /

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 15).  No objections were filed.[1]

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim and because it seeks monetary relief from defendants who have judicial immunity.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1]  The copy of the R&R that was mailed to Plaintiff's original address of record was returned as undeliverable by the Post Office.  *See* Doc. 17.  The R&R was re-mailed to Plaintiff's new address, *id.* (referencing Doc. 16), so the Court deferred consideration of the R&R for the period in Fed. R. Civ. P. 72(b)(2).  No objections were filed during that period.

Page 1 of 2

2.    This case is DISMISSED under 28 U.S.C. §1915(e)(2)(B)(ii) and (iii) for failure to state a claim upon which relief can be granted and because it seeks monetary relief against defendants who are immune from suit.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 24th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**